# EXHIBIT 6

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
Case No.: 2022-010546-CA-21

**JUAN RANGEL,**  )

    Plaintiff,  )

vs.  )

**WILSON LOGISTICS, INC.,** a Foreign Profit Corporation**;** and **DONALD WAYNE CLAUSSEN, JR.,**  )

    Defendants.  )

_____/

## NOTICE OF REMOVAL TO CLERK OF STATE COURT

TO:    Clerk of the Circuit Court
Eleventh Judicial Circuit
Miami-Dade County Courthouse

In compliance with 28 U.S.C. Section 1446(d), you are hereby notified of the filing of a Notice of Removal in the above-styled cause to the United States District Court for the Southern District of Florida, Miami Division, copies of which are attached hereto.

DATED this 29th day of July, 2022.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 29th day of July, 2022, a true and correct copy of the above and foregoing document was filed with Clerk in the above styled Court using the eFiling Portal. We also certify that the foregoing document was served this day on all counsel of record via electronic mail or in some other authorized manner for those counsel or parties who are not

1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIIMILE (305) 579-0261

273464528v.1

authorized to receive filings by electronic mail. This certificate is taken as prima facie proof of such service in compliance with FRJA 2.516.

July 28, 2022

                                       Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Defendants*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone:   305-374-2275
Facsimile:    305-579-0261

By:   /s/ *Camille Blanton*
       CAMILLE BLANTON, Esq.
       Florida Bar No.: 143685
       Camille.blanton@wilsonelser.com
       SHAWNA PERAU, Esq.
       Florida Bar No.: 1026407
       Shawna.perau@wilsonelser.com

2
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 2100 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIIMILE (305) 579-0261

273464528v.1